Submitted on record and briefs September 25, reversed and remanded for new trial December 23, 1998

STATE OF OREGON,
*Respondent,*

*v.*

VINCENT EARL WAITES,
*Appellant.*

(94-6014; CA A85666)

969 P2d 401

David E. Groom, Public Defender, and Andy Simrin, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for assault and criminal trespass. He first assigns error to the trial court's acceptance of his waiver of counsel and its decision to permit him to defend himself *pro se*, because, among other things, the court failed to inform him of the dangers of self-representation. The state concedes that the record fails to show a constitutionally valid waiver of counsel. We accept the concession. Defendant also assigns error to the trial court's failure to deliver a requested instruction on self-defense. In light of the state's concession of error on the first assignment of error, however, the second is moot.

Reversed and remanded for new trial.